Stephen S. Walters, OSB No. 801200
swalters@allenmatkins.com
David Zaro, CA Bar No. 124334
dzaro@allenmatkins.com
Francis N. Scollan, CA Bar No. 186262
ALLEN MATKINS LECK GAMBLE   MALLORY & NATSIS LLP
12th Floor
Three Embarcadero Center
San Francisco, California 94111
Telephone:  415-837-1515
Facsimile:  415-837-1516

John Spencer Stewart, OSB No. 711648
jstewart@lawssg.com
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201
Telephone:  503-221-0699
Facsimile:  503-419-0281

   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MICHAEL GRASSMUECK, Receiver,<br><br>    Plaintiff,<br>v.<br><br>SANDI BALADA; BRYON CROSBY; HASMIG DERDERIAN; RICH GIGLIO; TOBBE HENNBY; KATHY HESHELOW; ERIC HILDEBRAND; ERIC MEURER; LARRY MILLER; ALAN POLLACK; RANDALL POPE; ALEX RHOTEN; RON ROSS; TAMARA SANNER; R. TOM SMITH; DIRK STANGIER; JIM STOCK; DARYL TEMPLETON; TRINA TRAVESS; RUSTY TWEED; MELONIE WATERS; WILLIAM WHITE; RICHARD WIELDE; ROBERT ZINK; CAPWEST SECURITIES, INC.; DIRECT CAPITAL SECURITIES, INC.; AND K-ONE INVESTMENT COMPANY, INC.,<br><br>    Defendants. | Case No.   6:10-cv-06076-HO<br><br>JUDGMENT DISMISSING ALL CLAIMS WITHOUT ANY AWARD OF ATTORNEYS' FEES, COSTS OR DISBURSEMENTS TO ANY PARTY |

Page 1 - JUDGMENT DISMISSING ALL CLAIMS WITHOUT ANY AWARD OF ATTORNEYS' FEES, COSTS OR DISBURSEMENTS TO ANY PARTY

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

This matter came before the Court on the Plaintiff's Motion for Entry of Judgment Dismissing Case Without Award of Fees or Costs to Any Party (the "Motion"). The Court having considered the Motion and supporting memorandum, and the Court otherwise being fully informed of the premises, it is hereby ORDERED that the Motion is GRANTED, and it is hereby further ADJUDGED AND DECREED THAT:

(1) All claims against the following defendants are dismissed with prejudice and without an award of costs, disbursements, attorneys' fees or other sum to any party: Sandi Balada, Bryon Crosby, Tobbe Hennby, Kathy Heshelow, Eric Meurer, Alan Pollack, Randall Pope, Alex Rhoten, Ron Ross, Tamara Sanner, R. Tom Smith, Dirk Stangier, Jim Stock, Daryl Templeton, Trina Travess, Rusty Tweed, Melonie Waters, Robert Zink, Capwest Securities, Inc., and Direct Capital Securities, Inc.; and that

(2) All claims against the following defendants are dismissed without prejudice and without an award of costs, disbursements, attorneys' fees or other sum to any party: Hasmig Derderian, Rich Giglio, K-One Investment Company, Inc., Eric Hildebrand, Richard Wielde; Larry Miller; and William White.

IT IS SO ORDERED.
Dated: 6/6/12

Hon. Michael Hogan
UNITED STATES DISTRICT JUDGE

Page 2 - JUDGMENT DISMISSING ALL CLAIMS WITHOUT ANY AWARD OF ATTORNEYS' FEES, COSTS OR DISBURSEMENTS TO ANY PARTY

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706